WESTON & McELVAIN LLP
Leo L. Ashley III (State Bar No. 197890)
1960 E. Grand Avenue, Suite 400
El Segundo, California 90245
Telephone:  (213) 596-8000
Facsimile:   (213) 596-8039
Email:        lashley@wmattorneys.com

Attorneys for Defendant
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARRAR INVESTMENTS INC, a California corporation; and WILLIAM FARRAR, an Individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; and Does 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-02261-CRB<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br> ORDER<br>[FRCP, Rule 41(a)]<br><br>Complaint Filed: November 22, 2017<br>Case Removed:   April 25, 2019 |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Farrar Investments, Inc. ("Plaintiff") and Defendant Travelers Casualty Insurance Company of America ("Defendant"), through their respective attorneys of record, that the entire above-captioned action, including any and all claims asserted against Defendant, should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Plaintiff and Defendant shall each bear its own respective costs of suit including attorneys' fees.

IT IS SO STIPULATED AND AGREED.

Pursuant to Civil L.R. 5-1(h)(3), the undersigned filer attests that concurrence in the filing of this document has been obtained from all signatories.

Dated:  September 2, 2022

Respectfully submitted,
MERLIN LAW GROUP, P.A.

By:  **/s/ *Michael J. Ponzo***
Michael J. Ponzo
Victor Jacobellis
Daniel J. Veroff
Attorneys for Plaintiff
**FARRAR INVESTMENTS, INC.**

Dated:  September 2, 2022

Respectfully submitted,
WESTON & MCELVAIN. LLP

By:

**/s/ *Leo L. Ashley III***
Leo L. Ashley III
Attorneys for Defendant
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

Case 3:19-cv-02261-CRB   Document 51   Filed 09/06/22   Page 3 of 6

*Farrar Investments Inc., et al. v. Travelers Casualty Insurance Company of America*
USDC-CAND, Case No. 3:19-cv-02261-CRB

# PROOF OF SERVICE

I, Felicia Ball, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On **September 2, 2022**, I served a copy of the following document:

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

By electronically filing the foregoing document with the Clerk of the United States District Court, Northern District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 2, 2022** at Inglewood, California.

*Felicia Ball*
FELICIA BALL

Case 3:19-cv-02261-CRB   Document 51   Filed 09/06/22   Page 4 of 6
*Farrar Investments Inc., et al. v. Travelers Casualty Insurance Company of America*
USDC-CAND, Case No. 3:19-cv-02261-CRB

# SERVICE LIST

| | |
|---|---|
| Victor J. Jacobellis, Esq.<br>Daniel J. Veroff, Esq.<br>**MERLIN LAW GROUP**<br>1160 Battery Street East, Suite 100<br>San Francisco, California 94111<br><br>Telephone:  (415) 851-2300<br>Facsimile:   (415) 960-3882<br><br>Email:  Jacobellis@merlinlawgroup.com<br>            dveroff@merlinlawgroup.com> | *Attorneys for Plaintiffs,*<br>     Farrar Investments Inc.; and<br>     William Farrar |
| Michael J. Ponzo<br>2999 North 44th Street, Suite 520<br>Phoenix, Arizona 85018<br><br>Telephone:  (480) 315-9980<br>Facsimile:   (480) 315-9984<br>Email: mponzo@merlinlawgroup.com | *Pro Hac Vice*<br>*Attorney for Plaintiffs,*<br>     Farrar Investments Inc.; and<br>     William Farrar |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARRAR INVESTMENTS INC, a California corporation; and WILLIAM FARRAR, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; and Does 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-02261-CRB<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP, Rule 41(a)]<br><br>Complaint Filed: November 22, 2017<br>Case Removed:   April 25, 2019 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own attorneys' fees and costs.

///

-2-

**IT IS SO ORDERED.**

Dated: September 6, 2022    By: _____
Hon. Charles R. Breyer
United States District Court